THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD COSTELLO, Appellant.— Motion for leave to appeal on original record and handwritten brief. Motion denied. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 284 App. Div. 816.]